In the Matter of the CITY OF ALBANY, Appellant, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Submitted February 23, 1954; decided March 4, 1954.

*Joseph J. Doran* for motion.

*Harold E. Koreman, Corporation Counsel,* opposed.

Motion denied, without costs, with leave to renew upon the argument of the appeal.